RECEIVED
FEB 27 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LOUISIANA CLEANING SYSTEMS, INC., ET AL. | CIVIL ACTION NO. 6:17-cv-01399 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| RANDY FONTENOT, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the defendants' motion to dismiss (Rec. Doc. 12) is GRANTED IN PART and DENIED IN PART, consistent with the report and recommendation, and more particularly, it is ordered:

(a) that the motion is granted with regard to the official-capacity claims asserted against Police Chief Randy Fontenot and Mayor Scott Fontenot and those claims are dismissed without prejudice because they are redundant of the plaintiffs' claims against the City of Eunice;

(b) that the motion is denied in all other respects; and

(c) that the plaintiffs are granted leave of court to file an amended complaint, without prejudice to the defendants' right to reurge their motion to dismiss after review of the amended complaint, if necessary or appropriate.

ALEXANDRIA, LA, FEBRUARY 27, 2018

DEE D. DRELL
UNITED STATES DISTRICT COURT