RECEIVED
FEB 27 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LOUISIANA CLEANING SYSTEMS, INC., ET AL. | CIVIL ACTION NO. 6:17-cv-01399 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| RANDY FONTENOT, ET AL. | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the report and recommendation, the defendants' motion to dismiss (Rec. Doc. 8) is GRANTED IN PART and DENIED IN PART. More particularly, the motion is GRANTED with regard to the plaintiffs' claim for the recovery of punitive damages in connection with the plaintiffs' Section 1983 claims against the City of Eunice, the plaintiffs' Section 1983 claims against the Eunice Police Department, and any Section 1983 official-capacity claims against any individuals, including but not limited to Eunice Police Chief Randy Fontenot and Eunice Mayor Scott Fontenot, and those

claims be dismissed with prejudice; the motion is GRANTED with regard to the plaintiffs' state-law punitive damages claims, and those claims are dismissed with prejudice; and the motion is denied in all other respects, particularly with regard to any individual-capacity claims that might have been asserted against Eunice Police Chief Randy Fontenot, Eunice Mayor Scott Fontenot, or any other individual defendants.

Signed at Alexandria, Louisiana, this 27th day of February, 2018.

Dee D. Drell
UNITED STATES DISTRICT JUDGE